**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, John Fisher, being duly sworn according to law, depose and state as follows:

**<u>INTRODUCTION</u>**

1.     Your Affiant is a law enforcement officer of the United States, and under 18 U.S.C. § 3051. Your Affiant is empowered by the Attorney General to conduct investigations, enforce criminal, seizure, and forfeiture provisions of the laws of the United States, carry firearms, serve warrants and subpoenas issued under the authority of the United States, make arrests without a warrant for any offense against the United States committed in my presence, and make arrests for a felony offense under the laws of the United States if there are reasonable grounds to believe that the person to be arrested has committed or is committing such a felony.

2.     Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and has been since March 2018.  Your Affiant has completed ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Your affiant is familiar with Federal criminal laws regarding firearms, arson, and explosives.  Your Affiant was previously employed as a Special Agent with the Drug Enforcement Administration (DEA), beginning September 2009. Your Affiant completed the DEA Academy at Quantico, VA, which involved 19 weeks of training in controlled substance distribution and trafficking investigations. Your Affiant received training on topics such as drug identification, money laundering techniques, patterns of drug distribution and trafficking, the exploitation of telecommunication devices utilized by drug traffickers, Federal law pertaining to violations of controlled substances, and drug distribution and trafficking conspiracy investigations.

3.      Your Affiant has conducted numerous investigations involving the possession, distribution, and trafficking of controlled substances, in addition to the concealment of illicit proceeds from the sale of controlled substances, violation of Federal firearms and explosives laws, and use of firearms in furtherance of drug trafficking.  In conducting these investigations, your Affiant has utilized a variety of investigative techniques and resources, including but not limited to surveillance, confidential informants, electronic surveillance, exploitation of telephone and social media data, the interception of wire communications under Title III, interviews, and the review of financial documents.

4.      The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to general knowledge, training, and experience, and the observations, knowledge, training, and experience of other officers and agents. All observations referenced below that were not personally made by me, were relayed to me by those who made such observations, either verbally or via reports written by those agents and/or officers.

5.      This Affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact and matter observed by law enforcement or known to the government.

6.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. Section 922(g)(1)- Possession of a firearm and/or ammunition by a prohibited person is being committed and will be committed by Aaron PAOLUCCI.

## PURPOSE OF THE AFFIDAVIT

7.      Special Agents and Task Force Officers employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives and detectives with the Akron Police Department have been investigating the illegal possession of firearms by PAOLUCCI. The investigation has focused on

2

the possession of firearms and/or ammunition by a prohibited person in violation of 18 U.S.C. § 922(g)(1).

8. This Affidavit is made in support of a criminal complaint to arrest Aaron PAOLUCCI for evidence of violations of Title 18 U.S.C. § 922(g)(1), Possession of Firearms by a Convicted Felon

### FACTS ESTABLISHING PROBABLE CAUSE

9. Since November 2019, investigators within the ATF have been conducting a criminal investigation of PAOLUCCI regarding violations of Title 18 U.S.C. Section 922(g)(1) – Possession of a firearm and/or ammunition by a prohibited person.

10. On November 7, 2019, an ATF Confidential Informant (CI) purchased a DPMS Panther Arms, Model A-15, .223/5.56 mm semiautomatic rifle bearing serial number FH84684 from PAOLUCCI in Akron, Ohio. Your Affiant identified that at this time, PAOLUCCI was prohibited from possession of firearms or ammunition from a federally prohibiting convictions out of Summit County Ohio in criminal case CR-2014-01-0095-B where PAOLUCCI was convicted of Robbery, a felony in the second degree. PAOLUCCI was indicted, plead guilty and is awaiting sentencing for this violation of Title 18 U.S.C. § 922(g)(1), Possession of Firearms by a Convicted Felon. PAOLUCCI failed to appear for sentencing in front of Judge Calabrese on July 22, 2025 in Case Number 5:22CR183.

11. On November 29, 2025, Akron Police Department patrol units were dispatched to the Firestone Mini mart convenience store located in Akron, in the Northern District of Ohio regarding the theft of a firearm from the store clerk. The store owner, Hemali Kishankumar Gajjar stated that her financial partner purchased and stored a Taurus pistol near the front counter

3

of the store for the store clerk's protection and that this black Taurus, Model G3C, 9mm, semiautomatic pistol bearing serial number AEC131042 was stolen by a customer.

12. On December 9, 2025, Akron Police Department Detectives received an anonymous Crime Stoppers Tip (Akron Police Department Tip Line) identifying the suspect of the Firestone Mini Mart firearm theft as their neighbor who lived at xxx5 Holly Street, Akron, Ohio. Akron Police Department Detectives reviewed past calls for service at xxx5 Holly Street, Akron, Ohio, the most recent being one from August 21, 2025. During the call for service, Akron Police Officers identify Aaron PAOLUCCI as a resident of xxx5 Holly Street. Detectives and Agents reviewed the Akron Police Department Body Worn Camera footage from August 21, 2025, and compared the footage with Firestone Mini Mart store surveillance camera footage from November 29, 2025, which both appear to be a match for the PAOLUCCI. SA Fisher identified that PAOLUCCI has neck tattoos that follow his jaw line from front to rear wrapping around his neck to the back of his head. These neck tattoos can be seen both on the Akron Police Department Body Worm Camera footage where PAOLUCCI was identified on August 21, 2025, and also on the Firestone Mini Mart surveillance camera footage from November 29, 2025. SA Fisher identified that PAOLUCCI's residence located at xxx5 Holly Avenue is approximately one block east of the Firestone Mini Mart.

13. Your Affiant is familiar with PAOLUCCI from his previous federal prosecution and obtained and reviewed Firestone Mini Mart store surveillance video from the November 29, 2025, store robbery. On November 29, 2025, between 8:45 AM and 8:48 AM per the store's video surveillance timestamp, SA Fisher observed via surveillance video, PAOLUCCI wearing a camouflage-colored jacket, camouflage hat, and black pants distract the store clerk and reach around a clear plastic case to where a Taurus G3C 9mm, semiautomatic pistol was stored on the

4

store's cash register counter. PAOLUCCI was observed taking the black and silver firearm, tucking it in the waistband of his pants, grabbing a black book bag, and quickly leaving the store. SA Fisher noted the distinct two-tone Taurus G3C pistol which has a black frame and upper slide with a silver barrel can be identified in PAOLUCCI's hand as he takes the firearm from the clear plastic case by the store's cash register.

14. On January 13, 2026, at approximately 3:00 PM, SA Fisher met with Firestone Mini Mart store owner Gajjar at the Firestone Mini Mart located at 1459 Aster Avenue, Akron, Ohio. Gajjar stated she was familiar with PAOLUCCI as he was a frequent customer at her store was because he lived near the mini mart. Gajjar stated that she left the Taurus G3C 9mm, semiautomatic pistol in plain view in a plastic case near the cash register both as a deterrent and so the pistol was readily available for the clerk to access due to frequent thefts and robberies that occurred at her store.

15. Store owner Gajjar recalled that in the recent past, PAOLUCCI entered the Firestone Mini Mart, looked at the pistol stored in the plastic case near the cash register and told Gajjar that one day he would steal the firearm and shoot the employees with it.

16. Gajjar provided Agents with the original receipt for the Taurus G3C 9mm semiautomatic pistol (S/N: AEC131042) which identified that the pistol was purchased by Hiren Patel along with a box of 9mm Hornady ammunition on August 11, 2023. Gajjar also provided Agents with the original serialized Taurus gun box bearing serial number AEC131042 which contained two loaded magazines for the Taurus pistol and a gun lock. Gajjar stated that Patel was her business partner who lived in Columbus, Ohio. Agents contacted Patel who confirmed the purchase and use of the Taurus G3C 9mm semiautomatic pistol by Firestone Mini Mart owner Gajjar as a theft deterrent due to frequent theft and robberies.

5

## CONCLUSION

17.     Based on my training and experience, Your Affiant believes and asserts there is probable cause to believe PAOLUCCI violated Title 18 U.S.C. § 922(g)(1), Possession of a firearm and/or ammunition by a prohibited person.

18.     I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge, information, and belief.

19.     The above violations were committed in the Northern District of Ohio, Eastern Division. Your Affiant requests that an arrest warrant be issued for PAOLUCCI.

Respectfully Submitted,

John Fisher, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3) this _26th_ day of January 2026.

HONORABLE CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE

January 26, 2026
DATE