FILED

JUL 2 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) **5 : 26 CR 00334** |
| | ) |
| v. | ) CASE NO._____ |
| | ) Title 18, United States Code, |
| AARON PAOLUCCI, | ) Sections 922(g)(1), 924(a)(8), |
| | ) and 3147(1) |
| Defendant. | ) |

# JUDGE ADAMS

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about November 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant AARON PAOLUCCI, knowing he had been previously convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Robbery, on or about June 3, 2014, in the Summit County Court of Common Pleas in Case Number CR 2014 01 0095-B; and Felon in Possession of a Firearm, on or about November 7, 2024, in the United States District Court for the Northern District of Ohio, Eastern Division, in case number 5:22CR183, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus model G3C 9mm semiautomatic pistol, bearing serial number AEC131042, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

2. At the time Defendant AARON PAOLUCCI committed the offense charged in this count, Defendant was on release pursuant to an order dated June 20, 2024, from the United

States District Court for the Northern District of Ohio, in case number 5:22CR183, which order notified Defendant of the potential effect of committing an offense while on pretrial release, in violation of Title 18, United States Code, Section 3147(1).

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant AARON PAOLUCCI, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2